# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Patrick Manning Wartelle
Roy, Bivins, Judice, & Henke
P. O. Drawer Z
Lafayette LA 70502


**REHEARING ACTION: January 30, 2008**


**Docket Number: 07   00870-CA**

**MACLAFF, INC., ET AL.**
**VERSUS**
**ARCH INS. CO., ET AL.**

**Appealed from Lafayette Parish Case No. 20031039**


**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Jimmie C. Peters**
> **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **MacLaff, Inc., University Partnership, Ambassador**

**Partnership, ABNAR, Inc., Wilburn Enterprises, LLC and Terry Wilburn d/b/a CAT**

**Enterprises** has this day been

> **DENIED.**


cc: Nancy Jane Marshall, Counsel for the Appellee
    Ashley E. Gilbert, Counsel for the Appellee
    Ambrose Victor McCall, Counsel for the Appellee
    Anne B. Rappold, Counsel for the Appellee
    Charles P. Carriere, Counsel for the Appellee
    Robert Edwin Torian, Counsel for the Appellee
    James L. Pate, Counsel for the Appellee
    James L. Pate, Jr., Counsel for the Appellee